IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EMILY LOWE, Individually, as Administratrix
for the Estate of FLORENCE PATTON, and
DORA JONES on Behalf of the Wrongful Death
Beneficiaries of FLORENCE PATTON                                        PLAINTIFFS

V.                                               CIVIL ACTION NO. 3:12-cv-00682-CWR-LRA

MANHATTAN NURSING & REHABILITATION
CENTER, LLC; Corporations A-G; Jane Does A-G;
and John Does A-G                                                          DEFENDANTS

## FINAL JUDGMENT

In accordance with the Agreed Order entered by the Court this date, it is ordered and adjudged that this matter be dismissed without prejudice and submitted to binding arbitration.

**SO ORDERED AND ADJUDGED** this the 6th day of November, 2012.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE